"Pro Se" "Return of Property"
motion

Darelle Rich Reg#78295509
P.O. Box 5000
F.C.I. HAZELTON
Bruceton Mills, WV 26525

FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 2 3 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

HL

Re: Case No. SAG-21-477 (UNITED STATES V. DARELLE RICH)

October 16, 2024

Dear Clerk of the Court,

This letter is in reference to the above mentioned Case No.
I am asking for the return of all my electronics taken
from my residence 5116 Pembridge Avenue Baltimore, Maryland
21215. These electronics total over $8,000, and was not listed
as forfeiture. These electronics were documented on the
warrant's return, and my case is over with. I need my son's
Ipads, My Labtops, Iphones, Etc returned. Tadesa Brinkley the
owner of the property has already reached out to this
court in reference to this property, and was told she would
have to wait to the case was over. I also reached out to
my lawyer Michael E. Lawlor and he also did not respond,
so now me Darelle Rich is asking the court for the
return of the electronics listed on the warrants return.
Thank you, your time is greatly appreciated. Can you send
me the paperwork I need to file to get the property returned.

Owner of Property Info
[ Tadesa Brinkley ]
[ 443-414-6668 ]
Tadesabrinkley@gmail.com

↑
Email Address

Sincerly,

Darelle Rich

## Certificate of Service

I hereby certify that on this 16th day of October 2024 a copy of the foregoing Return of property document was mail/hand delivered to Clerk of the Court 101 W. Lombard Street Baltimore, Maryland 21201.

[ Re: Case NO. SAG-21-0477
    UNITED STATES V. DARELLE RICH ]

October 16, 2024
DATE

Darelle Rich
Signature